**O**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN E. SHERMAN-BEY,<br><br>              Plaintiff,<br><br>     vs.<br><br>MATTHEW CATE, ET AL.,<br><br>              Defendants. | CASE NO. CV 12-09281 RGK (RZ)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

The Court has reviewed the file in this matter, and has read and reviewed the Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a <u>de novo</u> review of those portions of the Report to which Plaintiff has objected. The Court accepts the findings and recommendations in the Report.

DATED: January 16, 2013

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE