**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN E. SHERMAN-BEY, | CASE NO. CV 12-09281 RGK (RZ) |
| Plaintiff, | |
| vs. | ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| MATTHEW CATE, ET AL., | |
| Defendants. | |

The Court has reviewed the file in this matter, and has read and reviewed the Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report to which Plaintiff has objected. The Court accepts the findings and recommendations in the Report.

DATED: January 16, 2013

*Gary Klausner*
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE