O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN E. SHERMAN-BEY,           ) | CASE NO. CV 12-09281 RGK (RZ) |
|                                  ) | |
|            Plaintiff,            ) | |
|                                  ) | JUDGMENT |
|     vs.                          ) | |
|                                  ) | |
| MATTHEW CATE, ET AL.,            ) | |
|                                  ) | |
|            Defendants.           ) | |

Pursuant to the Court's Order Accepting the Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the action is dismissed with prejudice as to the deliberate indifference claim and without prejudice as to any state-law-based claims.

DATED: January 16, 2013

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE